UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA et al., <br><br>　　　　　　　Plaintiffs, <br>　　v. <br><br>CENTENE CORPORATION et al., <br><br>　　　　　　　Defendants. | CASE NO. 2:21-cv-01542-DGE <br><br> ORDER TO SHOW CAUSE |

　　　　This matter comes before the Court on its own motion following a review of the record. On November 12, 2021, *qui tam* relator Gerardo Cosme brought this action against Defendants on behalf of the United States and on his own behalf, alleging violations of the False Claims Act ("FCA"). (Dkt. No. 1.) On October 26, 2022, the Government notified the Court of its decision not to intervene in this *qui tam* action. (Dkt. No. 16.) On December 2, 2022, the Court granted a motion by relator Cosme's attorneys to withdraw as counsel of record. (Dkt. No. 19.) Cosme is now proceeding pro se.

The Ninth Circuit has held that a pro se relator cannot prosecute a *qui tam* action on behalf of the United States. *Stoner v. Santa Clara County Office of Education*, 502 F.3d 1116, 1127 (9th Cir. 2007). On March 21, 2023, the Government informed the Court that relator Cosme had not yet retained new counsel, but was "actively seeking representation." (Dkt. No. 20.) In the nearly four months since the Court received this status update, no attorney has appeared on relator's behalf.

Accordingly, the Court orders relator Cosme to show cause, no later than **July 28, 2023** why this case should not be dismissed.

Dated this 14th day of July, 2023.

David G. Estudillo
United States District Judge